SHERMAN JOHNSON *v.* THE OCEAN INSURANCE COMPANY.

APPEAL from the Commercial Court of New Orleans, *Watts,* J.

This was an action to recover $15,000, the insurance on twenty-three slaves, at and from Norfolk to New Orleans. The policy was similar to that sued on in the case of *McCargo* v. *The New Orleans Insurance Company,* the insurance being on the same voyage, and the evidence and questions of law the same. The plaintiff is appellant from a judgment in favor of the defendants.

*Roselius,* for the appellant.

*F. B. Conrad, T. Slidell, and Benjamin,* for the defendants.

BULLARD, J.   For the reasons given in the case of *McCargo* v. *The New Orleans Insurance Company,* it is ordered and decreed that the judgment of the Commercial Court be affirmed, with costs.